HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
SAMUEL BRNCIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:25-mj-00012-HBK |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; AND ORDER GRANTING SAME |
| vs. | |
| SAMUEL BRNCIK, | (Doc. No. 9) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the parties are engaged in active plea negotiations and request that the matter be continued from November 4, 2025, at 10 a.m., to December 9, 2025, at 10 a.m.

On October 7, 2025, the parties set a trial confirmation hearing on November 4, 2025, and a bench trial date was scheduled for January 12, 2026.  ECF No. 8.  The parties have met and conferred to further negotiate a potential resolution, and are in agreement to continue the matter for the purpose of determining whether an agreement can be reached.  Given the pending negotiations, a continuance would allow for a more effective trial confirmation hearing as the December 9, 2025, calendar date could be converted to a change of plea and sentencing hearing should the parties reach an agreement.[1]

---

[1] In the alternative, undersigned counsel for Mr. Brncik would respectfully request that Mr. Brncik be allowed to appear remotely from his residence in Arizona.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is mutually agreeable for the parties. As this matter involves class B misdemeanor charges, no exclusion of time is necessary.

                                                  Respectfully submitted,

ERIC GRANT
United States Attorney

Date: October 29, 2025                    */s/ Briana Vollmer*
                                              BRIANA M. VOLLMER
                                              Rule 180 US Park Ranger
                                              Acting Law Enforcement Specialist

HEATHER E. WILLIAMS
Federal Defender

Date: October 29, 2025                    */s/ Lisa Ndembu Lumeya*
                                              Lisa N. Lumeya
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              SAMUEL BRNCIK

**ORDER**

Finding good cause, the Court GRANTS the parties stipulated motion (Doc. No. 9) to continue the trial confirmation hearing currently scheduled for November 4, 2025 **to December 9, at 10:00 a.m.** before the Honorable Helena M. Barch-Kuchta in Yosemite.


IT IS SO ORDERED


Dated: __October 30, 2025__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE